**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WISCONSIN**

---

JESSICA M. GRIFFIN,
118 S. 6th Avenue
Wausau, Wisconsin 54401

      Plaintiff,

                                  Case No. 24CV138

v.

IMPERIAL INDUSTRIES, INC.
550 W. Industrial Park Avenue
Rothschild, Wisconsin 54474

      Defendant,

---

**NOTICE OF REMOVAL OF STATE COURT ACTION TO UNITED STATES DISTRICT COURT**

---

TO:    The Honorable Clerk of the United States District Court
        for the Western District of Wisconsin

      PLEASE TAKE NOTICE that Defendant, Imperial Industries, Inc., has removed to the United States District Court for the Western District of Wisconsin all claims and causes of action in the civil action captioned as Jessical M. Griffin v. Imperial Industries, Inc., Case No. 2024CV000108, in the Circuit Court for Marathon County, State of Wisconsin, pursuant to 28 U.S.C. § 1446. A copy of all process, pleadings and orders served upon the Defendant to date in the state court action are attached as Exhibit A.

      Defendant's grounds for removal are as follows: This civil action is founded on claims or rights allegedly arising under the federal laws of the United States. The Plaintiff alleges in her state court action that she seeks damages based on an unlawful employment practice, pursuant to the provisions of Title VII of the Civil Rights Act of 1964, the Fair

Labor Standards Act, and the Equal Pay Act of 1963. The Defendant denies all claims. The state court action, nonetheless, is removable to this court pursuant to 28 U.S.C. § 1441(a) because Plaintiff's alleged causes of action arise under the laws of the United States, thereby presenting federal question jurisdiction.

This Notice of Removal is timely and complete and has been properly served. The Defendant first received notice of this action on February 23, 2024. This Notice, therefore, is timely filed pursuant to 28 U.S.C. § 1446(b). This court also has personal jurisdiction over the parties. Furthermore, Defendant has provided written notice of this Notice of Removal to the Plaintiff. Finally, a true and complete copy of this Notice will be filed in the State Court Action.

Dated this 11th day of March, 2024.

BOARDMAN & CLARK LLP
By:

*Electronically Signed by Richard L. Bolton*
Richard L. Bolton, SBN: 1012552
1 South Pinckney Street, Suite 410
Madison, WI 53703
T: 608.257.9521
E: rbolton@boardmanclark.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system on this the11th day of March, 2024, and mailed by regular U.S. Mail to the following:

JESSICA M. GRIFFIN,
118 S. 6th Avenue
Wausau, Wisconsin 54401

*Electronically Signed by Richard L. Bolton*
Richard L. Bolton

\\msnfs2\share\docs\WD\36918\117\A5144294.DOCX